RECEIVED
IN LAKE CHARLES, LA
JUL 21 2015
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 2:13 CR 00298-001 |
| VS. | : | JUDGE MINALDI |
| KAYED MASOUD | : | MAGISTRATE JUDGE KAY |

JUDGMENT

There being no objections to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed,[1] these findings and conclusions are accepted. Alternatively, this court finds that the proposed findings of fact and conclusions of law are entirely correct. Accordingly, it is

ORDERED that the guilty plea of the defendant, Kayed Masoud, is ACCEPTED and that Kayed Masoud is adjudicated guilty of the offense charged in Count One of the Indictment.

Sentencing shall be held on the 27th day of August, 2015 at 10:15 AM before the undersigned.

Lake Charles, Louisiana, this 16 day of July, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 45 issued May 21, 2015.